FILED

07/25/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: OP 24-0444



# IN THE SUPREME COURT OF THE STATE OF MONTANA

## OP 24-0444

JOSE MOSQUEDA,

    Petitioner,

v.

MONTANA FOURTH JUDICIAL COURT,
HON. JASON MARKS, Presiding,

    Respondent.

GRANT OF MOTION TO
PROCEED WITHOUT
PAYMENT OF FILING FEE

Motion to proceed without payment of the filing fee in this matter is **GRANTED.**

DATED: July 25, 2024.

BOWEN GREENWOOD
Clerk of the Supreme Court